1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD ERNEST HARVEY II,<br><br>      Plaintiff,<br><br>      v.<br><br>EDMUND G. BROWN, JR.,<br><br>      Defendant. | Case No. CV 14-09289 SVW (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of United States Magistrate Judge.  Plaintiff has not filed written objections to the Report.  The Court accepts the findings and recommendations of the Magistrate Judge.

DATED:   June 22, 2016

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE