# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD ERNEST HARVEY II, | Case No. CV 14-09289 SVW (AFM) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| EDMUND G. BROWN, JR., | |
| Defendant. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed with prejudice for failure to prosecute.

DATED: June 22, 2016

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE